LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDUARDO FONSECA, | No. EDCV 10-470 MAN |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND NO/100 ($4,000.00) subject to the terms of the Stipulation.

DATE: July 15, 2011

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-